**No. 09-6937. Crystal Lamay, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

559 U.S. 962, 130 S. Ct. 1503, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1080.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 562 F.3d 503.

**No. 09-7800. Augustine Rizzo, Petitioner v. David Rock, Superintendent, Great Meadow Correctional Facility.**

559 U.S. 963, 130 S. Ct. 1508, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1050.

February 22, 2010. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 09-7853. Dennis H. Wendell, Petitioner v. United States District Court for the Northern District of New York.**

559 U.S. 963, 130 S. Ct. 1570, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1053,

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-7990. Anthony Forte, Petitioner v. David Rock, Superintendent, Great Meadow Correctional Facility.**

559 U.S. 963, 130 S. Ct. 1521, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1038.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 354 Fed. Appx. 567.

**No. 09-8124. Shane Peek, Petitioner v. Judith Cummings, Administrative Law Judge, New York State Department of Parole, et al.**

559 U.S. 963, 130 S. Ct. 1533, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1043.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-8294. Adrian Agostini, Petitioner v. United States.**

559 U.S. 963, 130 S. Ct. 1541, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1084.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-8335. Vance Jackson, Petitioner v. United States.**

559 U.S. 963, 130 S. Ct. 1544, 176 L. Ed. 2d 152, 2010 U.S. LEXIS 1055.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.